IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARY AKU QUARTEY          *

    v.                    *  CIVIL ACTION NO.  AW-11-350

PRESIDENT OBAMA.          *
                              ***

## **MEMORANDUM OPINION**

On February 7, 2011, Plaintiff, a "temporary" resident of Washington, D.C., filed this action against President Barak Obama.  She raises the following fantastic and fanciful claims against the President:

> President Obama obtained wealth in the form of shares (capital), checks, and cash on behalf of Mary Aku Quartey from 2006 to up to 2010.  I have not received any of this wealth.
>
> I was used by President Obama since 2006 to present through the internet.
>
> I pray the court will obtain my total wealth on my behalf.  He used Inspector Soos to assign some of my wealth from Postal Service Credit Union Capitol Height.  I have attached a letter I wrote to him and return receipt and other documents to this form.  Please find out from the FBI Baltimore, Press, and Labour.   Mary Aku Quartey is the Predictor and Inventor.

ECF No. 1 at 1.

Attached to the one-page Complaint are a purported letter written and sent to the President concerning Plaintiff's "awards" and compensation, documents related to individual political contributions taken from a website and a listing of funds allegedly owed to Plaintiff totaling over $1,000,000,000.00.  *Id.* at Attachments.

Plaintiff has neither paid the filing fee, nor moved for indigency status.  Nonetheless, it is well established that a court has broad inherent power *sua sponte* to dismiss an action, or part of an action, which is frivolous, vexatious, or brought in bad faith.  Therefore, this court has the discretion to dismiss a case at any time, notwithstanding the payment of any filing

fee or any portion thereof, if it determines that the action fails to state a claim. *See Fitzgerald v. First East Seventh Street Tenants Corp.*, 221 F.3d 362, 363-64 (2$^d$ Cir. 2000). The court finds that the instant matter is subject to dismissal due to the delusional and incredible nature of Plaintiff's claims. A separate order follows.


Date: February 22, 2011               _____/s/_____
                                       Alexander Williams Jr.
                                       United States District Judge